Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 3

| | |
|---|---|
| TNC KAZCHROME JSC<br><br>                              **Plaintiff,**<br>v.<br><br>UNITED STATES,<br>                              **Defendant.** | **S U M M O N S**   Court No.:25-00127 |

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Plaintiff in this action, TNC Kazchrome JSC ("Kazchrome"), is a producer and exporter of ferrosilicon (the "subject merchandise") from Kazakhstan. Kazchrome participated as a mandatory respondent in the proceeding before the Department of Commerce ("Department") that resulted in the contested determination. Kazchrome was an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and has standing to bring this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
   (Name and standing of plaintiff)

2. Kazchrome contests the Department's final determination in its Less-Than-Fair-Value Investigation of Ferrosilicon from Kazakhstan, Case No. A-834-812. *See Ferrosilicon from Kazakhstan Final Affirmative Determination of Sales at Less-Than-Fair-Value and Final Negative Determination of Critical Circumstances*, 90 Fed. Reg. 14,077 (Dep't of Commerce, Mar. 28, 2025).
   (Brief description of contested determination)

3. March 28, 2025 (90 Fed. Reg. 14,077) (Final AD Determination); May 20, 2025 (90 Fed. Reg. 21,456) (AD Order)
   (Date of determination)

4. March 28, 2025 (90 Fed. Reg. 14,077) (Final AD Determination); May 20, 2025 (90 Fed. Reg. 21,456) (AD Order)
   (If applicable, date of publication in Federal Register of notice of contested determination)

Form 3-2

/s/ Christine M. Streatfeild

Signature of Plaintiff's Attorney

Date: 06/20/2025

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Christine M. Streatfeild
BAKER & McKENZIE LLP
815 Connecticut Avenue, NW
Washington DC, 20006
Christine.Streatfeild@bakermckenzie.com
Tel. 202.835.6111

**SEE REVERSE SIDE**

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

| | |
|---|---|
| Office of Chief Counsel for Enforcement and Compliance<br>U.S. Department of Commerce<br>1401 Constitution Ave., NW<br>Room 3627<br>Washington, DC 20230 | Attorney in Charge<br>International Trade Field Office<br>U.S. Department of Justice Civil Division<br>Room 346<br>Third Floor<br>26 Federal Plaza<br>New York, NY 10278 |
| Supervising Attorney<br>Civil Division - Commercial Litigation Branch<br>U.S. Department of Justice<br>1100 L Street, NW<br>Washington, DC 20530 | Evangeline Keenan<br>Director<br>APO/Dockets Unit<br>U.S. Department of Commerce<br>14th Street & Constitution Ave., NW<br>Room 1874<br>Washington, DC 20230 |